1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~]

ORDER RE-SCHEDULING

INITIAL CASE MANAGEMENT CONFERENCE

PURSUANT TO STIPULATION, and for good cause shown, the initial case management conference in this matter is hereby RESCHEDULED TO <u>October 21</u>, 2010.

**IT IS SO ORDERED.**

Dated: <u>August 27</u>, 2010

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

3

Stipulation to Re-schedule Case Management Conference; Order
Case No. C 10-1799 PJH